RUTTER HOBBS & DAVIDOFF INCORPORATED
FRED A. FENSTER (State Bar No. 50489)
ffenster@rutterhobbs.com
ERIC C. PETERSON (State Bar No. 206578)
epeterson@rutterhobbs.com
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728

Attorneys for Plaintiff
REXHALL INDUSTRIES, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REXHALL INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware corporation; FORD MOTOR CREDIT COMPANY, a Delaware corporation; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No.:  CV-07-2946 DSF (AJWx) <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION <br><br> Date:     (No Hearing Required) <br> Place:    840 Roybal Bldg. <br><br> Judge:  Hon. Dale S. Fischer |

*ORDER*

IT IS SO ORDERED.

DATED: June 27, 2008

_____
DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE

{7344.001-00344884.DOC- ()}

ORDRE RE STIPULATION FOR DISMISSAL OF ACTION